UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

WALTER DE SCHUTTER, Individually and on Behalf of All Others Similarly Situated,

                        Plaintiff,

- v. -

TELADOC HEALTH, INC., JASON GOREVIC, and MALA MURTHY,

                        Defendants.

Case No. 1:22-cv-4525

**JOINT STIPULATION AND ORDER**

---

WHEREAS, on June 6, 2022, a putative class action complaint was filed in *Schneider v. Teladoc Health, et al.*, Case No. 1:22-cv-04687, in the United States District Court for the Southern District of New York asserting claims against Defendants Teladoc Health, Inc., Jason Gorevic and Mala Murthy (collectively, "Defendants") pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78a et seq. (the "Schneider Action"); and

WHEREAS, on August 2, 2022, Walter De Schutter, the Plaintiff in the above-captioned action (the "De Schutter Action") filed a putative class action complaint in the United States District Court for the Eastern District of New York against Defendants Teladoc Health, Inc., Jason Gorevic and Mala Murthy pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78a et seq.; and

WHEREAS, the De Schutter Action asserts substantially the same claims as the Schneider Action, on behalf of the same putative class, against the same Defendants; and

WHEREAS, these Actions are governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 et seq. (the "PSLRA"), which, among other things,

provides that when a subsequent class action is filed that asserts "substantially the same claim or claims" as the first-filed action, the Court must determine whether consolidation is appropriate before appointing Lead Plaintiffs and Lead Counsel. *See* 15 U.S.C. § 78u-4(a)(3)(B)(ii); and

WHEREAS, motions for appointment of lead plaintiffs and lead counsel were filed in both Actions on August 5, 2022, sixty days after notice of the Schneider Action was published, and are currently pending; and

WHEREAS, in the interest of conserving the time and resources of the Court and the parties, the Plaintiff has agreed to voluntarily transfer the De Schutter Action to the United States District Court for the Southern District of New York for consolidation with the Schneider Action for all purposes, including pre-trial proceedings and trial;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, as follows:

1. The De Schutter Action should be transferred to United States District Court for the Southern District of New York for consolidation with the Schneider Action.

2. Subject to any Court Orders issued by the Southern District Court, the parties agree that the De Schutter Action and Schneider Action will be consolidated for all purposes, including pre-trial proceedings and trial.

Dated: August 22, 2022                                      Respectfully submitted,

                                                            PAUL, WEISS, RIFKIND, WHARTON &
                                                            GARRISON LLP

                                                            BY: */s/ Audra J. Soloway*
                                                            Daniel J. Kramer
                                                            Audra J. Soloway
                                                            Caitlin E. Grusauskas
                                                            Luke J. O'Brien
                                                            1285 Avenue of the Americas
                                                            New York, NY 10019-6064
                                                            Phone: (212) 373-3000
                                                            Fax: (212) 757-3990
                                                            dkramer@paulweiss.com
                                                            asoloway@paulweiss.com
                                                            cgrusauskas@paulweiss.com
                                                            lobrien@paulweiss.com

                                                            *Attorneys for Defendants Teladoc Health, Inc.,
                                                            Jason Gorevic, and Mala Murthy*

                                                            BY: */s/ Phillip Kim*
                                                            Phillip Kim
                                                            Laurence M. Rosen
                                                            275 Madison Ave., 40th Floor
                                                            New York, New York 10016
                                                            Tel: (212) 686-1060
                                                            Fax: (212) 202-3827
                                                            pkim@rosenlegal.com
                                                            lrosen@rosenlegal.com

                                                            *Attorneys for Plaintiff Walter De Schutter*

SO ORDERED.

Dated: August 23, 2022

/s/(ARR)

_____
Honorable Allyne R. Ross
United States District Judge